AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>**2+L Properties Inc.**<br>*Defendant* | ) ) ) ) ) Case No. **23-CR-00221 WHO** |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: **7/18/2023**

_____
*Defendant's signature* — 2+L Properties Inc.

_____
*Signature of defendant's attorney*

**Leodis C. Matthews, ESQ.**
*Printed name of defendant's attorney*

_____
*Judge's signature*

**Hon. Alex G. Tse, U.S. Magistrate Judge**
*Judge's printed name and title*