1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7230
        david.ward@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) NO. 23-cr-00221 WHO
                                         )
14 |         Plaintiff,                  ) STIPULATION AND [PROPOSED] ORDER
                                         ) SETTING CHANGE OF PLEA HEARING
15 |     v.                              )
                                         )
16 | Z&L PROPERTIES, INC.,                )
                                         )
17 |         Defendant.                   )
                                         )
18

19      This matter is currently set for a status hearing on August 10, 2023 at 1:30 p.m.  The parties have

20 reached a resolution to this case, and respectfully request that the status hearing be vacated, and that the

21 parties appear before the Court on August 17, 2023 at 1:30 p.m. for a change of plea hearing.  The

22 parties will submit a courtesy copy of the plea agreement to the Court no later than August 10, 2023.

23      SO STIPULATED.

24

25 DATED: July 28, 2023                          PATRICK D. ROBBINS
                                                 Attorney for the United States
26
                                                 */s/ David Ward*
27                                               DAVID J. WARD
                                                 Assistant United States Attorney
28

STIPULATION AND PROPOSED ORDER     1
23-cr-00221 WHO

DATED: July 28, 2023

/s/ *with permission*
LEODIS MATTHEWS
HARTLEY M.K. WEST
Attorneys for Defendant Z&L PROPERTIES

### [PROPOSED] ORDER

Pursuant to stipulation, the above-captioned matter will be set for a change of plea hearing on August 17, 2023 at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER   2
23-cr-00221 WHO