**PROOF OF SERVICE**
**UNITED STATES OF AMERICA v. Z&L PROPERTIES, INC.**
**CASE NO. 23-CR-0021 WHO**

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City and County of San Francisco, and my business address is 235 Montgomery Street, Suite 935, San Francisco, California 94104.

On August 10, 2023, at San Francisco, California, I served the following document(s)

**LETTER REGARDING SENTENCING AND CORPORATE COMPLIANCE**

on the following parties:

**Via US Mail and Hand Delivery**

Hon. William H. Orrick
Northern District of California,
San Francisco Division
450 Golden Gate Avenue, 17th Fl.,
Courtroom 2
San Francisco, CA 94102

**Via US Mail and Email**

David J. Ward
U.S. Department of Justice, Antitrust Division
San Francisco Field Office
450 Golden Gate Avenue
Room 10-0101, Box 36046
San Francisco, CA 94102
Email: David.Ward@usdoj.gov

**Via US Mail and Email**

Leodis Clyde Matthews
Zhong Lun Law Firm, LLP
4322 Wilshire Blvd Ste 200,
Los Angeles, CA 90010
Email: leodismatthews@zhonglun.com

☒ **BY FIRST CLASS MAIL:** On the date written above, I deposited with the United States Postal Service a true copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** On the date written above, I e-mailed the documents to the persons on the service list at the e-mail addresses listed above. I did not receive, within a reasonable time after transmission, any electronic message or other indication that transmission was unsuccessful.

☒ **BY HAND:** On the date written above, I provided the documents to a professional messenger for service to the persons shown on the service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on August 10, 2023, at San Francisco, California.

_____
Natasha Y. Scott

PROOF OF SERVICE