PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States

RAVI NARAYAN (CABN 331858)
Acting Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      FAX: (415) 436-7230
      david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-cr-00221 WHO |
| Plaintiff, | DECLARATION OF DAVID J. WARD IN SUPPORT OF THE GOVERNMENT'S STATUS REPORT IN RE; Z&L CORPORATE COMPLIANCE PROGRAM |
| v. | |
| Z&L PROPERTIES, INC., | |
| Defendant. | |

I, David Ward, declare and state as follows:

I am an Assistant United States Attorney for the Northern District of California assigned to the

prosecution of the above-captioned case.

   1. Attached as **Exhibit A** is a true and correct copy of *Z&L Properties, Inc. Annual Compliance*

      *Program Progress Report*, submitted to the government on August 16, 2024.

   2. On September 5, 2024, I held a video conference call with Hartley West and Emily Reitmeier

      Haffner, counsel for defendant Z&L Properties, to review and discuss Z&L's Annual

      Compliance Program Progress Report.

1

WARD DECL. ISO STAUS REPORT
CR 23-CR-0221 WHO

3.   Attached as **Exhibit B** is a true and correct copy of a Sept. 16, 2024 letter from Z&L counsel

providing supplementary information and documentation regarding Z&L's Annual

Compliance Program Progress Report.

Executed this 14th day of October, 2024, in San Francisco, California.

__/s/ David Ward_____
DAVID WARD
Assistant United States Attorney

WARD DECL. ISO STAUS REPORT
CR 23-CR-0221 WHO