JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
EMILY A. HAFFNER (SBN 305512)
emily.reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

*Attorneys for Defendant*
Z&L PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Z&L PROPERTIES, INC.,<br><br>    Defendant. | NO. 23-cr-00221 WHO<br><br>DEFENDANT'S RESPONSE TO THE GOVERNMENT'S STATUS REPORT IN RE: Z&L CORPORATE COMPLIANCE PROGRAM (ECF NO. 20) |

Z&L Properties, Inc. seeks to provide additional context for the 188 West St. James property litigation, *FPP MB, LLC v. Jennifer Lewis*, including the consolidated cases, Case Nos. 24CV433325, 24CV435600, 24CV435249, and 24CV435042 pending in California State Court, County of Santa Clara ("Santa Clara Litigation"), referenced in the government's report (ECF No. 20 ("Government Report") at 5.)

First, as discussed at the October 2023 sentencing in this case, the issues raised in the FPP lawsuit are HOA disputes, not evidence of criminal corporate misconduct. The court's findings detail a contentious relationship between FPP directors and homeowner-backed directors, resulting in dueling HOA boards and conflicting property management decisions. Such disputes are not uncommon in HOA governance. The conduct at issue is not related to the conduct that gave rise to Z&L Properties, Inc. plea agreement. In fact, the court in the Santa Clara Litigation found that "[t]he evidence was that the conduct for which Z&L was convicted involved a property in San Francisco and did not involve the 188 West St. James property or its Association." *See FPP MB, LLC v. Jennifer Lewis et al.*, Case No. 24CV433325, Santa Clara Superior Court (September 16, 2024 Order) at 13-14.

Second, the court's findings primarily focused on actions and resulting disputes that occurred before Z&L Properties, Inc.'s October 2023 sentencing. Findings related to conduct occurring before the implementation of its compliance program should not impact the assessment of Z&L Properties, Inc. commitment to adhering to its Code of Conduct and the strength of its current compliance program. It is not reflective of Z&L Properties, Inc.'s current corporate culture, its compliance with the plea agreement, and its ability to continue to comply with the plea agreement here.

Third, the court's findings primarily concerned a separate entity, FPP MB, LLC and its directors, and not Z&L Properties, Inc. While they are part of the same corporate family structure, these are separate legal entities.

Fourth, the government notes it is concerned about the finding that Z&L Properties, Inc. has been unable to pay its assessments. Z&L Properties, Inc. notes that it, along with the owner of 188 West St. James are experiencing financial difficulties due in large part to challenges in selling

the individual units at the 188 West St. James property and its inability to find a buyer for the entire property. Z&L Properties, Inc. has been unable to pay the HOA fees and assessments for all the unsold properties it currently owns in this building. But this is not an example of a defective compliance culture. Rather, it reflects the realities of the current real estate market. Z&L Properties, Inc. is diligently pursuing funding to help it meet its financial obligations.

\* \* \* \* \*

The Government Report has found that Z&L Properties, Inc. has complied with all terms of the plea agreement. This includes revising and creating new policies and procedures, training, and using forensic accountants from Crowe LLP to review and test its policies, procedures, and selected transactions. Z&L Properties, Inc. as well as Woodford Properties, Inc. remain committed to continue these efforts to continually strength and bolster their compliance programs in the future.

Date: October 21, 2024                    Respectfully submitted,

By: _____/s/ *Emily Reitmeier Haffner*_____
Emily Reitmeier Haffner
Attorney for Defendant Z&L Properties, Inc.